UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM E. CARPENTER,

    Plaintiff,

v                                                                                  Case No. 4:06-cv-72

                                                                                                    Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____ /

## JUDGMENT

The decision of the Commissioner denying benefits is AFFIRMED.

Entered this 20th day of July, 2007.

                                                                        /s/ Wendell A. Miles
                                                                Wendell A. Miles, Senior Judge